FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr-54-TJC-JRK
Ct. 1: 18 U.S.C. § 924(a)(1)(A)

JOSE ANGEL VAZQUEZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 2, 2021, in the Middle District of Florida, the defendant,

JOSE ANGEL VAZQUEZ,

knowingly made a false statement and representation to employees of Cash America Pawn of Jacksonville, Inc., a federally licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Cash America Pawn in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that the defendant had not previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one

year, when in truth and fact, the defendant had been convicted of such crime, specifically:

1. aggravated assault and felony petit theft, on July 25, 2016, case number 2015-CF-007888-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

2. felony petit theft, on June 5, 2017, case number 2017-CF-001214-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

3. felony petit theft, on May 5, 2015, case number 2014-CF-8145-AXXX, Duval County, Fourth Judicial Circuit of Florida;

4. felony petit theft and possession of antishoplifting device countermeasure, on August 15, 2013, case number 2013-CF-004362-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

5. possession of controlled substance and possession of controlled substance paraphernalia, on April 19, 2012, case number 2011-CF-013858-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

6. grand theft and resisting officer without violence to his or her person, case number 2010-CF-000593-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

7. grand theft, on November 10, 2009, case number 2009-CF-009161-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida; and

8. burglary (structure / two counts) and possession of burglary tools, on June 5, 2008, case number 2008-CF-005870-AXXX-MA, Duval County, Fourth Judicial Circuit of Florida;

In violation of 18 U.S.C. § 924(a)(1)(A).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
CYRUS P. ZOMORODIAN
Special Assistant United States Attorney

By: _____
FRANK M. TALBOT
Chief, Jacksonville Division

FORM OBD-34
5/21/21 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JOSE ANGEL VAZQUEZ

## INDICTMENT

Violations: Ct. 1: 18 U.S.C. § 924(a)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this 26th day

of May, 2021.

_____
Clerk

Bail   $_____

GPO 863 525